```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11088
   CARYN J ZIELINSKI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5852

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/25/2005 and was confirmed 05/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  46.83%.

     The case was paid in full 05/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE                CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
RESURGENT ACQUISITION LL   UNSECURED        9785.36            .00        4582.19
ECAST SETTLEMENT CORP      UNSECURED OTH     881.09            .00         412.64
CAPITAL ONE                UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        8353.83            .00        3911.85
CREDITOR INTERCHANGE       NOTICE ONLY     NOT FILED           .00            .00
FREEDMAN ANSELMO LINBERG   NOTICE ONLY     NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP     UNSECURED       10888.78            .00        5098.89
MANN BRACKEN               NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        8750.97            .00        4097.82
ECAST SETTLEMENT CORP      UNSECURED        6196.03            .00        2901.41
SHERMAN ACQUISITIONS       NOTICE ONLY     NOT FILED           .00            .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY      2,000.00                      2,000.00
TOM VAUGHN                 TRUSTEE                                        1,295.20
DEBTOR REFUND              REFUND                                           675.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  24,975.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       21,004.80
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                             1,295.20
DEBTOR REFUND                                      675.00
                         --------------        --------------
TOTALS                   24,975.00              24,975.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 11088 CARYN J ZIELINSKI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/04/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 11088 CARYN J ZIELINSKI